UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re: ZYPREXA                                : MDL No. 1596
PRODUCTS LIABILITY LITIGATION  :
-----------------------------------------------------------X
THIS DOCUMENT RELATES TO:           :
                                              :
WAYNE WRIGHT,

    Plaintiff,                                    1:05-cv-01742-JBW

v.
                                                            STIPULATION OF
ELI LILLY AND COMPANY,                       DISMISSAL AS TO
                                                            DEFENDANT ELI LILLY
    Defendant.                                 AND COMPANY

-----------------------------------------------------------X

## STIPULATION OF DISMISSAL

NOW, on this 21 day of December, 2005, it is hereby STIPULATED pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that Plaintiff hereby dismisses without prejudice his claim against Defendant, Eli Lilly and Company, with each party to bear its own costs and counsel fees.

Respectfully submitted,

*Bryce Franklin*
Bryce Franklin
State Bar No. 23365
Bryce Franklin Law Offices, PSC
175 E. Main St., Suite 600

Lexington, KY 40507
859-253-0050
859-252-5335 FAX
Attorney for Plaintiffs

AGREED:

_____
Anthony Vale
Nina M. Gussack
PEPPER HAMILTON LLP
3000 TWO LOGAN SQUARE
PHILADELPHIA, PA 19103-2799
*Counsel for Defendant Eli Lilly and Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd of December 2005, I caused to be served a true and correct copy of the Stipulation of Dismissal, via Federal Express, upon counsel as follows:

Bryce Franklin
BRYCE FRANKLIN LAW OFFICES, PSC
175 E. Main St., Suite 600
Lexington, KY 40507
*Attorney for Plaintiff*

Samuel J. Abate, Jr.
MCCARTER & ENGLISH
245 Park Avenue
New York, NY 10167
*Defendant Liaison Counsel*

Christopher Seeger
SEEGER WEISS LLP
One William Street
New York, NY 10004
*Plaintiffs' Liaison Counsel*

_____
Wendy Klein Keane