UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: ZYPREXA
PRODUCTS LIABILITY LITIGATION

------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

ALL ACTIONS

------------------------------------------------------------x

**FILED**

IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.

★ JAN 1 3 2006 ★

BROOKLYN OFFICE

NOTICE
04-MDL-1596

Jack B. Weinstein, Senior United States District Judge:

The telephone conference scheduled for Tuesday, January 17, 2006 at 2:00 p.m. is

adjourned until 3:00 p.m. on that date.


Dated: January 13, 2006
         Brooklyn, New York

